UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00334-FDW-DLH

| | |
|---|---|
| GREGORY V. ANDERSON, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> VERIZON COMMUNICATIONS, INC., ) </br> ) </br> Defendant. ) </br> _____ ) | ORDER |

**THIS MATTER** is before the Court upon Defendant Verizon Communications, Inc.'s Motion to Set Aside Default. (Doc. No. 9). Upon review, the Court finds good cause to set aside the entry of default. As such, Defendant's Motion is GRANTED and the entry of default is SET ASIDE.

Although, from its Motion and related filings, Defendant appears to be planning to challenge service of process, it has nonetheless made an appearance in this case to move to set aside the entry of default. Defendant does not appear to express anywhere in its Motion or related filings that its current appearance is solely for the limited purpose of setting aside the entry of default or challenging service of process. Accordingly, the Court considers Defendant to have made an appearance in this case and to have waived service of process. As such, Defendant is hereby ORDERED to file an answer to Plaintiff's Complaint, (Doc. No. 1) within fourteen (14) days of the entry of this order.

IT IS SO ORDERED.    Signed: July 29, 2013

Frank D. Whitney
Chief United States District Judge