UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00334-FDW-DLH

| | |
|---|---|
| GREGORY V. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ) | |
| CELLCO PARTNERSHIP D/B/A ) | |
| VERIZON WIRELESS ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*. On June 1, 2013, Gregory V. Anderson ("Plaintiff") filed a complaint, (Doc. No. 1), asserting causes of action related to alleged violations of the automatic stay in Plaintiff's Chapter 7 bankruptcy proceeding held in the United States Bankruptcy Court for the Western District of North Carolina before the Honorable J. Craig Whitley. In re Anderson, No. 09-33431 (Bankr. W.D.N.C. Nov. 30, 2010). Upon review, the Court finds that it is more appropriate that these matters be heard before the Bankruptcy Court. Accordingly, it is therefore ordered that this civil action, including all pending motions, be REFERRED to the Bankruptcy Court for the Western District of North Carolina and consolidated with Case Number 09-31815.

IT IS SO ORDERED.

Signed: February 5, 2014

Frank D. Whitney
Chief United States District Judge