# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:13-CV-00334-FDW-DLH

| | |
|---|---|
| GREGORY V. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AMENDED ORDER** |
| ) | |
| ) | |
| CELLCO PARTNERSHIP D/B/A ) | |
| VERIZON WIRELESS ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to correct a typographical error in its previous Order referring this civil action, including all pending motions, to the Bankruptcy Court for the Western District of North Carolina and consolidating it with Case Number 09-31815. (Doc. No. 38). This Order is hereby amended to properly consolidate this matter with Case Number 09-33431.

IT IS SO ORDERED.

Signed: February 6, 2014

Frank D. Whitney
Chief United States District Judge