UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00334-FDW-DLH

| | |
|---|---|
| **GREGORY V. ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| **CELLCO PARTNERSHIP D/B/A** ) | |
| **VERIZON WIRELESS** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Set Aside Arbitrator's Award. (Doc. No. 40). In February 2014, the Court referred Plaintiff's civil case to the Bankruptcy Court for the Western District of North Carolina where it was consolidated with Plaintiff's bankruptcy action (In re Anderson, No. 09-33431). (Doc. Nos. 38, 39). Upon review, the substance of Plaintiff's Motion appears to relate to a core bankruptcy issue. For this reason, and the reasons stated in the Court's prior referral Orders, Plaintiff's Motion to Set Aside Arbitrator's Award is REFERRED to Bankruptcy Court for the Western District of North Carolina.

The Court respectfully requests that the Clerk enter Plaintiff's Motion and the relevant Response and Reply on the bankruptcy docket for No. 09-33431.

**IT IS SO ORDERED.**

Signed: March 8, 2016

Frank D. Whitney
Chief United States District Judge